

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-13-00144-CV

| | | |
|---|---|---|
| In re Farmers Insurance Exchange | § | Original Proceeding |
| | § | From Probate Court No. 2 |
| | § | of Tarrant County (07-1675-2-C) |
| | § | May 23, 2013 |
| | § | Opinion by Justice Gardner |

# JUDGMENT

This court has considered relator's petition for writ of mandamus and is of the opinion that relief should be granted. Accordingly, relator's petition is conditionally granted, and this court's April 29, 2013 stay is lifted. We direct the trial court to vacate the final default judgment as it relates to Relator Farmers Insurance Exchange. Writ will issue only if the trial court fails to do so within fourteen days.

It is ordered that Real Parties in Interest Tawnya Ballard, Jonathan Odom, Heather Jamieson, and Sheila Broderick Johnson pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Anne Gardner